Brent Dorian Brehm - SBN: 248983
 E-mail: bbrehm@kantorlaw.net
Glenn R. Kantor - SBN: 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff
Steven Kuhn

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN KUHN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. CV09-9258 DMG (JEMx)<br><br>ORDER DISMISSING  ENTIRE ACTION WITH PREJUDICE [JS-6] |

　　Pursuant to the stipulation of the parties [Doc. #20], the above-entitled action is dismissed with prejudice.  Each party shall bear their own costs and attorneys fees.

　　IT IS SO ORDERED.

DATED: October 11, 2010　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　Hon. Dolly M. Gee
　　　　　　　　　　　　　　　　　　　United States District Judge